UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INVENTERGY, INC.,<br>.<br><br>Plaintiff,<br><br>v.<br><br>SONUS NETWORKS, INC.<br><br>Defendants. | Case No.  1-15-CV-10207-MLW<br><br>**JOINT STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

| | |
|---|---|
| July 30, 2015<br><br>INVENTERGY, INC.<br><br><br>By:  /s/  Lawrence Oliverio<br>M. Lawrence Oliverio, BBO# 378,75<br>NOVAK DRUCE CONNOLLY BOVE + QUIGG<br>100 Cambridge Street, 21st Floor<br>Boston, MA 02114<br>lawrence.oliverio@novakdruce.com<br>T: 617-367-4600<br>F: 617-367-4656<br><br><br>Chris Holm, *pro hac vice*<br>NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP<br>333 S. Grand Avenue, 23rd Floor<br>Los Angeles, CA 90071<br>chris.holm@novakdruce.com<br>T: 213-787-2500<br>F: 213-687-0498 | SONUS NETWORKS, INC.<br><br><br>By:  /s/  Michael G. Strapp<br>Michael G. Strapp (BBO #653884)<br>GOODWIN PROCTER<br>53 State Street<br>Boston, MA  02109<br>Mstrapp@goodwinprocter.com<br>T:  617-570-1000<br>F:  617-523-1231 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Joint Stipulation for Dismissal has been served on July 30, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will be served by U.S. mail or hand delivery.

I declare under the penalty of perjury under the laws of the United States of America that the above is true and correct.

Dated: July 30, 2015                                    NOVAK DRUCE CONNOLLY BOVE + QUIGG


                                                        By:   /s/AJ Cruickshank
                                                              AJ CRUICKSHANK